## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | May 19, 2017 |
| **TIME:** | 10:30 a.m. |
| **DOCKET NUMBER(S):** | **CV 17-1886 (FB)** |
| **NAME OF CASE(S):** | Gaston v. Valley National Bancorp et al |
| **FOR PLAINTIFF(S):** | **Scimone** |
| **FOR DEFENDANT(S):** | **Lemonedes and Reinfeld** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

RULINGS INITIAL CONFERENCE:

**The parties will conduct discovery between now and the next conference that is focused on plaintiff's anticipated motion for Section 216(b) certification.**

**Absent further application to the Court, this discovery will NOT include disclosure of the identities of all branch managers or information specific to particular branch managers other than plaintiffs.  Rather, the parties anticipate discovery, through production of documents and a Rule 30(b)(6) deposition, concerning defendants' general practices.**

**However, to the extent defendants anticipate submitting evidence in opposition to plaintiffs' anticipated 216(b) motion, the parties are encouraged to agree that plaintiffs may conduct discovery relevant to defendants' anticipated showing.**

**NEXT CONFERENCE:  3:00 PM ON AUGUST 21, 2017.**

**Counsel shall be prepared to report on their progress moving forward with discovery and to schedule any anticipated motions and further discovery.  Counsel shall also be prepared to schedule a settlement conference or court-annexed mediation if they believe it might be productive to do so.**