| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Justin M. Swartz<br>Michael J. Scimone<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060 | **SHAVITZ LAW GROUP, P.A.**<br>Gregg I. Shavitz (admitted *pro hac vice*)<br>Paolo Meireles (admitted *pro hac vice*)<br>1515 South Federal Highway, Suite 404<br>Boca Raton, Florida 33432<br>Telephone: (561) 447-8888<br>Facsimile: (561) 447-8831 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

MARITZA GASTON and GEORGE GALLART, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

VALLEY NATIONAL BANCORP and VALLEY NATIONAL BANK,

                Defendants.

Case No. 1:17-cv-01886-FB-SMG

### STIPULATION TOLLING STATUTE OF LIMITATIONS

    This Stipulation is made by and between Plaintiffs Maritza Gaston and George Gallart (collectively, "Plaintiffs") and Defendants Valley National Bancorp and Valley National Bank ("VNB") (collectively, "Defendants").

    WHEREAS Plaintiffs have brought an action in the United States District Court for the Eastern District of New York, entitled <u>Maritza Gaston and George Gallart, on behalf of themselves and all others similarly situated v. Valley National Bancorp and Valley National Bank</u>, Civil Action No. 17-cv-1886, alleging claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), New York Labor Law, Article 6, §§ 190 *et seq.* and Article 9, §§ 650 *et seq*, and the New Jersey Wage and Hour Law, N.J.S.A. 34:11-56a, *et seq;*

    WHEREAS Plaintiffs served Defendants with their discovery requests on May 26, 2017;

    WHEREAS Plaintiffs agreed to extend the deadline for Defendants' responses to their discovery requests to July 28, 2017;

49906085

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and among counsel for the parties herein, and it is hereby ORDERED by the Court, that no statute of limitations on any claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") shall run against any "Potential Plaintiffs," as the term is defined herein, during the period of time between June 27, 2017 and July 28, 2017. "Potential Plaintiffs" are all members of any collective action that the Court later authorizes to receive notice. Neither party shall put forward or rely upon the period of time while this Agreement is in effect as a bar or laches or for any other purpose to defeat the claims made or to be made by Potential Plaintiffs in the Litigation.

Dated: New York, New York
July 5, 2017

| | |
|---|---|
| Justin M. Swartz<br>Outten Golden LLP<br>3 Park Ave., 29th Floor<br>New York, NY 10016 | James Lemonedes<br>Fox Rothschild LLP<br>101 Park Avenue, 17th Floor<br>New York, NY 10017 |
| *Attorneys for Plaintiffs and the Putative Classes and Collective*<br><br>By: _____<br>Justin M. Swartz | *Attorneys for Defendants*<br><br><br>By: _____<br>James Lemonedes |

SO ORDERED:

_____
Hon. Steven M. Gold, U.S.M.J.

49906085