## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | December 6, 2017 |
| **TIME:** | 2:30 p.m. |
| **DOCKET NUMBER(S):** | **CV 17-1886 (FB)** |
| **NAME OF CASE(S):** | Gaston v. Valley National Bancorp et al |
| **FOR PLAINTIFF(S):** | **Abrahamson** |
| **FOR DEFENDANT(S):** | **Lemonedes** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **2:38-3:32** |

**RULINGS MOTION HEARING:**

**Plaintiffs' motion for leave to proceed as a collective action pursuant to Section 216(b) is argued, and granted for reasons stated on the record.**

**The parties will discuss defendants' objections to plaintiffs' proposed notice.**

**If the objections are resolved, counsel shall so advise the Court by letter dated December 13, 2017, and propose a case management schedule in their letter.**

**If the parties are unable to resolve their differences, defendants may submit a letter brief by December 13 in support of their objections, and plaintiffs may submit a responsive brief by December 20, 2017.**