

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

JAMES M. LEMONEDES
Direct No:  212.878.7918
Email: JLemonedes@FoxRothschild.com

December 13, 2017

<u>Via ECF</u>
Hon. Steven M. Gold, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 1217
Brooklyn, NY 11201

      <u>Re: Gaston v Valley National Bancorp, et al., 17-cv-01886 (FB)(SMG)</u>

Your Honor:

    This office represents Valley National Bancorp and Valley National Bank (hereinafter collectively "Defendants" or "the Bank") in the above referenced matter, and submit this correspondence together with Plaintiffs' Counsel, Outten & Golden and The Shavitz Law Group, to jointly request that the Court stay any determination regarding the proposed Notice in this matter while the parties engage in pre-notice settlement discussions of the federal and state law claims in this action.  In support of this goal, the parties are executing a tolling agreement that will commence from today's date through February 28, 2018.  The parties are in the process of preparing a stipulation to stay the case in most respects, toll the statute of limitations for members of the collective, and for the parties to engage in settlement negotiations.

                                          Respectfully submitted,
                                                       s/
                                          James M. Lemonedes

JML:td
cc: all counsel via ECF

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida   Illinois
Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas   Washington

ACTIVE\52354409.v1-12/13/17