## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **September 28, 2018** |
| **TIME:** | **11:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 17-1886 (FB)** |
| **NAME OF CASE(S):** | Gaston v. Valley National Bancorp et al |
| **FOR PLAINTIFF(S):** | **Swartz** |
| **FOR DEFENDANT(S):** | **Lemonedes and Grinlinger** |
| **NEXT CONFERENCE(S):** | **TELEPHONE CONFERENCE AT 5:00 PM ON OCTOBER 16, 2018.** |
| **FTR/COURT REPORTER:** | **N/A** |

**SETTLEMENT CONFERENCE RULINGS:**

**The parties will file a letter proposing a schedule for submitting their anticipated motion by October 12, 2018.  If they are unable to agree upon final terms or a schedule by that date,**

**THE COURT WILL HOLD A TELEPHONE CONFERENCE AT 5:00 PM ON OCTOBER 16, 2018.**

**Counsel for plaintiff shall arrange the conference call.**